UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AHMED JAMAL GAYNOR,                                    Case No.: 20-cv-02314 (GHW)

                                    Plaintiff,

        -against-                                      REVISED CIVIL CASE
                                                      MANAGEMENT PLAN AND
PORT AUTHORITY TRANS HUDSON CORP.,                     SCHEDULING ORDER


                                    Defendant.
-------------------------------------------------------------X

   Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, the Court hereby

adopts the following Amended Schedule:

1. All expert discovery shall be completed no later than January 26, 2020.

2. Defendant's expert disclosure pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure

  shall be completed no later than December 25, 2020.

3. Motions for summary judgment, if any, shall be filed no later than February 25, 2021. Pursuant

  to the authority of Fed. R. Civ. P. 16(c)(2) and the Court's Individual Rule 2(c), any motion

  for summary judgment will be deemed untimely unless a request for a pre-motion conference

  relating thereto is made in writing within one week after the close of discovery.

4. The joint pretrial order shall be due 30 days from the close of discovery, or if any dispositive

  motion is filed, 21 days from the Court's decision on such motion. The filing of the joint

  pretrial order and additional submissions shall be governed by Fed. R. Civ. P. 26(a)(3) and the

  Court's Individual Rule 5.

   The Court will hold a status conference on _____. A joint letter updating the

Court on the status of the case shall be filed on ECF by _____. The letter

should include the following information in separate paragraphs:

 1) all existing deadlines, due dates, and/or cut-off dates;

2) a brief description of any outstanding motions;

3) a brief description of the status of discovery and of any additional discovery that remains to be completed;

4) the status of settlement discussions;

5) the anticipated length of trial and whether the case is to be tried to a jury;

6) whether the parties anticipate filing motions for summary judgment; and

7) any other issue that the parties would like to address at the pretrial conference or any other information that the parties believe may assist the Court.

SO ORDERED.

Dated:

_____
GREGORY H. WOODS
United States District Judge