USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AHMED JAMAL GAYNOR,

                    Plaintiff,

    -against-

PORT AUTHORITY TRANS HUDSON CORP.,

                    Defendant.
-----------------------------------------------------------------X

Case No.: 20-cv-02314 (GHW)

REVISED CIVIL CASE
MANAGEMENT PLAN AND
SCHEDULING ORDER

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, the Court hereby adopts the following Amended Schedule:

1. All expert discovery shall be completed no later than January 26, 2020.

2. Defendant's expert disclosure pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure shall be completed no later than December 25, 2020.

3. Motions for summary judgment, if any, shall be filed no later than February 25, 2021. Pursuant to the authority of Fed. R. Civ. P. 16(c)(2) and the Court's Individual Rule 2(c), any motion for summary judgment will be deemed untimely unless a request for a pre-motion conference relating thereto is made in writing within one week after the close of discovery.

4. The joint pretrial order shall be due 30 days from the close of discovery, or if any dispositive motion is filed, 21 days from the Court's decision on such motion. The filing of the joint pretrial order and additional submissions shall be governed by Fed. R. Civ. P. 26(a)(3) and the Court's Individual Rule 5.

The status conference scheduled for January 12, 2021 is adjourned to February 4, 2021 at 1:00 p.m. The conference will take place by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the

dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. A joint letter updating the Court on the status of the case shall be filed on ECF by January 28, 2021. The letter should include the following information in separate paragraphs:

1) all existing deadlines, due dates, and/or cut-off dates;

2) a brief description of any outstanding motions;

3) a brief description of the status of discovery and of any additional discovery that remains to be completed;

4) the status of settlement discussions;

5) the anticipated length of trial and whether the case is to be tried to a jury;

6) whether the parties anticipate filing motions for summary judgment; and

7) any other issue that the parties would like to address at the pretrial conference or any other information that the parties believe may assist the Court.

SO ORDERED.

Dated: November 23, 2020

GREGORY H. WOODS
United States District Judge