# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel: (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ
_____
Sean Constable, Esq.
Admitted in NY & MA
_____
Michael Flynn, Esq., Of Counsel

Offices throughout the Northeast
Toll Free: (866) 877-FELA

January 28, 2021

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: AHMED GAYNOR V. PATH
      20 Civ. 2314 (GHW)

Dear Judge Woods:

We are plaintiff's counsel and jointly write with defendant to provide a Status Report pursuant to the Court's Order of November 23, 2021. (Dkt #14)

1) all existing deadlines, due dates, and/or cut-off dates;
   a. Expert discovery closed on 1/26/2021

2) a brief description of any outstanding motions;
   a. None.

3) a brief description of the status of discovery and of any additional discovery that remains to be completed;
   a. Discovery is complete.

4) the status of settlement discussions;
   a. Plaintiff made a demand on January 27, 2021.

5) the anticipated length of trial and whether the case is to be tried to a jury;
   a. Trial is expected to last 4 days and is to be tried to a jury

6) whether the parties anticipate filing motions for summary judgment; and
   a. No summary judgment motions are planned

7) any other issue that the parties would like to address at the pretrial conference or any other information that the parties believe may assist the Court.
    a. It would seem this is a good time to be referred to the Magistrate Judge for a settlement conference.

Respectfully submitted,

Marc Wietzke

MW:EF
cc:  Brian Hodgkinson, Esq.