```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
AHMED JAMAL GAYNOR,                                            :
                                                               :
                                Plaintiff,                     :    1:20-cv-2314-GHW
                                                               :
                -v -                                           :         ORDER
                                                               :
PORT AUTHORITY TRANS HUDSON CORP.,                             :
                                                               :
                                Defendant.                     :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2021

GREGORY H. WOODS, United States District Judge:

On February 12, 2021, the Court scheduled a jury trial in this matter on Monday, May 3, 2021.  Dkt. No. 20.  Pursuant to the District's jury trial calendar, this case has been placed third on the list for jury trials scheduled to commence on **Tuesday, May 4, 2021**.  This means that the parties in this matter should be prepared to begin trial on that date in the event the first and second scheduled trials do not proceed.

The Court will inform the parties if it receives any confirmation as to whether the trial in this matter will proceed on May 4, 2021.  If trial in this matter cannot proceed on the scheduled date, the Court will schedule another trial date.

SO ORDERED.

Dated:  March 2, 2021
                                                                _____
                                                                       GREGORY H. WOODS
                                                                      United States District Judge