```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AHMED JAMAL GAYNOR,

                      Plaintiff,

-v -

PORT AUTHORITY TRANS HUDSON CORP.,

                      Defendant.
------------------------------------------------------------X

1:20-cv-2314-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On February 12, 2021, the Court scheduled a jury trial in this matter to begin on Monday, May 3, 2021. Dkt. No. 20. Pursuant to the District's jury trial calendar, this case is now **first** on the list of jury trials scheduled to commence on **Tuesday, May 4, 2021**. Therefore, the parties should be prepared to begin trial on that date.

SO ORDERED.

Dated: April 7, 2021
New York, New York

                                                      GREGORY H. WOODS
                                           United States District Judge