```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                :
AHMED JAMAL GAYNOR,                        :
                                                                :
                        Plaintiff,   :          1:20-cv-2314-GHW
                                                :
                 -against-            :          <u>ORDER</u>
                                                :
PORT AUTHORITY TRANS HUDSON CORP.,  :
                                                :
                       Defendant.  :
                                                :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The Court has been informed that the parties in this action have reached a settlement. The parties are encouraged to submit a stipulation of dismissal promptly so that the Court can adjourn the upcoming conference and update the Jury Department if appropriate.

       SO ORDERED.

Dated: April 15, 2021
       New York, New York

                                                             _____
                                                                GREGORY H. WOODS
                                                          United States District Judge